O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK LEE JACKSON, | ) | CASE NO. CV 04-08017 RSWL (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| MICHAEL BARNES, ET AL., | ) | |
| Defendants. | ) | |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts its findings and recommendations.

DATED: April 21, 2009

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge