**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK LEE JACKSON,<br><br>        Plaintiff,<br><br>   vs.<br><br>MICHAEL BARNES, ET AL.,<br><br>        Defendants. | CASE NO. CV 04-08017 RSWL (RZ)<br><br>JUDGMENT |

The Court, having approved the Second Report and Recommendation of United States Magistrate Judge, and having adopted the Second Report and Recommendation as its Statement of Uncontroverted Facts and Conclusions of Law,

IT IS HEREBY ORDERED AND ADJUDGED that (1) Plaintiff's summary judgment motion is denied; (2) Defendant Barnes's summary judgment motion is granted; (3) the remaining Defendants' summary judgment motion is granted in part; and (4) the action is dismissed with prejudice.

DATED: April 21, 2009

*RONALD S.W. LEW*

HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge