**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDERICK LEE JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL BARNES, et al.,<br><br>        Defendants. | 2:04-cv-08017-RSWL-RAO<br><br>**ORDER VACATING MAGISTRATE JUDGE ORDER** [151] |

    On April 29, 2015, Magistrate Judge Ralph Zarefsky issued an Order [151] denying Plaintiff's Motion for Review [142]. Plaintiff's Motion for Review [142] is pursuant to Rule 72 of the Federal Rules of Civil Procedure and, because Plaintiff is pro se, can be construed as a request to review Magistrate Judge Zarefsky's nondispositive Order [137] dismissing without prejudice Plaintiff's Second Amended Complaint.

Rule 72 allows a party to object to a magistrate judge's nondispositive order and requires the "district judge in the case" to consider such an objection if timely filed. Fed. R. Civ. P. 72(a). Because Rule 72 authorizes only a "district judge" to decide a motion for review of a magistrate judge's nondispositive decision, the April 29, 2015, Order [151] by Magistrate Judge Zarefsky deciding Plaintiff's Motion for Review pursuant to Rule 72 [142] exceeded Magistrate Judge Zarefsky's authority and is thus contrary to law.

Based on the foregoing, Magistrate Judge Zarefsky's Order [151] denying Plaintiff's Motion for Review is **HEREBY VACATED**. <u>See</u> Fed. R. Civ. P. 72(a); <u>Allen v. Meyer</u>, 755 F.3d 866, 869 (9th Cir. 2014); <u>Reynaga v. Cammisa</u>, 971 F.2d 414 (9th Cir. 1991).

**IT IS SO ORDERED.**

DATED: May 5, 2015

*RONALD S.W. LEW*
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge